UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00367-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUDEL MACIAS-RANGEL, a/k/a Raul Macias,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that pretrial motions shall be filed by **Thursday, October 20, 2011,** and responses to these motions shall be filed by **Tuesday, November 1, 2011.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, November 21, 2011, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated: September 20, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              CHIEF U. S. DISTRICT JUDGE